```
                                    FILED
                                  Apr 09 2021
                                    4:08 pm
                             CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY      s/ soniad      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '21 CR1110 H |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASE** |
| v. | |
| JIMMY HUI BAHN, ET AL., | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Long Ngoc Tran, aka "Long Tu," et al., Case No. 21CR '21 CR1109 H, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__X__ (2) Prosecution against different defendants arises from:

    _____ (a) A common wiretap

    _____ (b) A common search warrant

    __X__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: April 9, 2021.

/s/ Randy Grossman /dd/
RANDY S. GROSSMAN
Acting United States Attorney