RANDY S. GROSSMAN
Acting United States Attorney
A. DALE BLANKENSHIP
Assistant United States Attorney
California Bar No. 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6705
Email: dale.blankenship@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | No. **21CR1110-H** |
|---|---|
| Plaintiff, | EX PARTE MOTION TO UNSEAL INDICTMENT |
| v. | |
| JIMMY HUI BANH, et al | |
| Defendants. | |

    The United States of America, by its counsel, moves for entry of an Order unsealing the Indictment in this case. Accordingly, the Government respectfully requests entry of the attached proposed Order.

    DATED: April 14, 2021    Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

_____
A. Dale Blankenship
Assistant U. S. Attorney