EZEKIEL E. CORTEZ (SBN 112808)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 620
San Diego, CA 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com

Attorney for Defendant, *Tina Senket*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JUDGE MARILYN L. HUFF)

| UNITED STATES OF AMERICA, | Case No. 21CR1110-H |
|---|---|
| Plaintiff, | **NOTICE OF MOTIONS AND MOTIONS FOR DISCOVERY AND FOR LEAVE TO FILE ADDITIONAL MOTIONS** |
| v. | |
| TINA SENKET, | Date:  May 10, 2021 |
| Defendant. | Time:  10:00 a.m. |

TO: RANDY S. GROSSMAN, INTERIM UNITED STATES ATTORNEY; A. DALE BLANKENSHIP AND MATTHEW BREHM, ASSISTANT U.S. ATTORNEYS:

PLEASE TAKE NOTICE that on May 10, 2021 at 10:00 a.m., Tina Senket (hereinafter Ms. Senket), through her counsel, Ezekiel E. Cortez, will move this Court to grant the motions listed above.

## MOTIONS

Ms. Senket moves this Court to grant her motions for Discovery and for Leave to File Additional Motions. She bases her motions upon the

attached points and authorities, Federal Rules of Criminal Procedure 12 and 16, the Fourth, Fifth and Sixth Amendments to the United State Constitution, and CrimLR, Rules 12.1 and 16.1.

These motions are also based upon the files and records in this case, and all other matters which may be brought to this Court's attention before or during the hearing of these motions.

Dated:  April 26, 2021                                  Respectfully submitted,

/s/ *Ezekiel E. Cortez*
Ezekiel E. Cortez
*Attorney for Defendant,*
*Tina Senket*

---

*Notice of Motions and Motions for Discovery and Leave to File Additional Motions,*
United States v. Tina Senket, No. 21CR1110-H

2

EZEKIEL E. CORTEZ (SBN 112808)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 620
San Diego, CA 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com

Attorney for Defendant, *Tina Senket*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JUDGE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TINA SENKET,<br><br>Defendant. | Case No.   21CR1110-H<br><br>**POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR DISCOVERY AND FOR LEAVE TO FILE ADDITIONAL MOTIONS** |

## I.
## STATEMENT OF FACTS

On April 9, 2021, Tina Senket (Ms. Senket) was indicted in a sealed indictment and a warrant was issued for her arrest. Five days later, on April 14, 2021 Ms. Senket was arrested on a warrant based upon the sealed indictment. On the same day, April 14, 2021, the Court issued an order unsealing the indictment and Ms. Senket was arraigned, she entered a not guilty plea, and the matter was short set for motions hearing and trial setting for May 10, 2021 at 10:00 AM. At the Rule 5 arraignment, the Court also issued a *Brady* Order to the Government to disclose all *Brady* material.

As of today, April 26, 2021, the Government has provided no discovery.

Through investigation by Ms. Senket's counsel, information was located regarding cooperating informants. One such informant has been working out a state case and about whom an FBI Agent in this case has noted, *inter alia*: "Investigators have corroborated information provided by CS1 and have utilized CS1 to obtain search warrants, seize methamphetamine and firearms, and locate fugitives." This information is in an affidavit in support of a search warrant executed by FBI Agent Kari S. Harrison.

Count 1 charges Ms. Senket with an 18 USC Sections 371 and 1955 gambling conspiracy and with "Operating an Illegal Gambling Business" that is alleged to have begun "at a date unknown" and "continuing up to the date of this indictment" April 9, 2021. Senket is also charged with a violation of 21 USC Section 856(a)(1) – "Maintaining Drug-Involved Premises."

Count 2 charges Ms. Senket with conspiring with others to maintain an "Illegal Gambling Business" within the same dates alleged in Count 1.

Count 4 charges Ms. Senket with another separate conspiracy with allegedly "Maintaining a Drug Involved Premises" beginning at a date unknown and up to "October 15, 2020" at 3024 Menlo Avenue, San Diego, California.

Ongoing investigation by Ms. Senket's counsel reveals that the Government has had a continuing investigation and a series of separate prosecutions for at least four years. Ms. Senket has pleaded not guilty.

## II.
## THE GOVERNMENT MUST BE ORDERED TO PRODUCE DISCOVERY

Ms. Senket asks for discovery pursuant to the Fifth and Sixth

*Notice of Motions and Motions for Discovery and Leave to File Additional Motions,*
United States v. Tina Senket, No. 21CR1110-H

4

Amendments to the United States Constitution, Fed. R. Crim. P., Rule 16, and specifically Rule 16(a)(1)(E)(i), as interpreted in *United States v. Muniz-Jaquez*, 718 F.3d 1180, 1183-84 (9th Cir. 2013) ("[discovery obligations are] broader than Brady…because [i]nformation that is not exculpatory or impeaching may still be relevant to developing a possible defense"); *United States v. Soto-Zuniga*, 837 F.3d 992, 1003 (9th Cir. 2016), where the court noted that evidence is material "as long as there is a strong indication that it will play an important role in uncovering admissible evidence, aiding witness preparation, corroborating testimony, or assisting impeachment or rebuttal."). This includes all Fed. R. of Evid., Rule 801(d)(2)(E).

Ms. Senket also asks this Court to order the Government to disclose, and in the case of tangible items, produce for inspection and copying, all evidence in its possession, custody or control, or through due diligence, it can get, which may be relevant to the issues of guilt or innocence, and to **mitigation for sentencing**, **or which could lead to such material**. This includes all evidence relative to **cooperating defendants** and/or confidential informants, or other human sources who were interviewed by the Government or who had any part in the investigation into this case and/or the arrest and/or prosecution of Ms. Senket. ***This includes all individuals who may be witnesses or uncharged participants, whether they will be called or charged by the Government, to the alleged crimes against Ms. Senket***, as they relate to separate conspiracy defenses and multiplicity.

This request also includes all intelligence and electronic data relative to the use of GPS and other tracking devises and software to keep track of Ms. Senket.

This also includes all affidavits submitted for search warrants and for

*Notice of Motions and Motions for Discovery and Leave to File Additional Motions,*
United States v. Tina Senket, No. 21CR1110-H

5

wiretap applications, all intercepted calls, video and visual surveillance reports, logs and communications between state and federal agents so involved. This includes all telephone calls and their content from Ms. Senket's seized phone(s) and those of all others that can come under the definition of (d)(2)(E). And from other cases that may be related to the investigation of Ms. Senket and her alleged co-conspirators.

Ms. Senket also makes the following specific requests:

1. Pursuant to Rule 16 and FRE 801(d)(2)(E), all statements made by alleged aiders and abettors and co-conspirators, whether arrested, charged, or not, that may be attributed to Ms. Senket. This includes all jail calls;

2. All GPS tracking data of Ms. Senket that the Government, through due diligence, can obtain;

3. Pursuant to Rule 16 and *Brady*, Ms. Senket asks for an order directing the Government to provide the identity of each person involved in the investigation of this case, whether employed by or associated with a U.S. federal agency or not, ***including state and local detectives and deputies, foreign officials***, ***agents and/or cooperating individuals***;

4. Pursuant to *Brady/Giglio/Agurs*, Senket also asks for an order directing the Government to provide the identity of all confidential sources, cooperators, and informants who provided tips, or statements related to this investigation, their statements, all law enforcement contacts for each of those people, ***and all promises made to these people or their counsel in exchange for intelligence or cooperation***. ***This request includes all videotaped, notes and***

*Notice of Motions and Motions for Discovery and Leave to File Additional Motions,*
United States v. Tina Senket, No. 21CR1110-H

6

***reports of all proffers and debriefings***. *See, Roviaro v. United States,* 353 U.S. 53 (1957); *Smith v. Cain,* 565 U.S. 73, 76 (2012); and, *United States v. Hibler,* 463 F.2d 455, 459 (9th Cir. 1972).

Ms. Senket is entitled to all the above Rule 16 discovery and *Brady/Giglio/Agurs/Roviaro* material because it will help her prepare dismissal, suppression and severance motions, and to identify or eliminate defenses. This includes all material that simply causes Ms. Senket to "completely abandon a planned defense and take an entirely different path." *See, United States v. Hernandez-Meza,* 720 F.3d 760 (9th Cir. 2013). Ms. Senket also involves the *Brady* material Order issued on April 14, 2021, by the Magistrate Judge in this case. Docket 26.

### III.
### MOTION TO FILE ADDITIONAL MOTIONS

At this time, Ms. Senket requests the opportunity to file additional motions as may be necessary, once discovery has been provided, reviewed and competent investigation conducted into suppression issues, pretrial motions, and possible defenses.

### CONCLUSION

For the foregoing reasons, Ms. Senket respectfully asks this Court to grant her motions.

Dated: April 26, 2021                    Respectfully submitted,

/s/ *Ezekiel E. Cortez*
EZEKIEL E. CORTEZ
*Attorney for Defendant,*
*Tina Senket*

---

*Notice of Motions and Motions for Discovery and Leave to File Additional Motions,*
United States v. Tina Senket, No. 21CR1110-H