RANDY S. GROSSMAN
Acting United States Attorney
A. DALE BLANKENSHIP
Assistant U.S. Attorney
California State Bar No. 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6705
E-mail: dale.blankenship@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMMY HUI BANH (1),<br>JOSE ANTONIO TORRES DAY (2),<br>　　aka "Pepe, "<br>TINA SENKET (3),<br>JIMMY LU (4),<br>　　aka "Nam Van Lu,"<br>　　aka "Nam Thao,"<br>ARCADIO MAMURI CRUZ (5),<br>　　aka "Bangsta,"<br>　　aka "Archie,"<br>MARK ANONAS ARCELAO ( 6),<br>　　aka "Lil Tipsy,"<br><br>　　　　　Defendants. | Case No.  21cr1110-H<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

　　　　Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and A. Dale Blankenship, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

　　　　Through the violations of 18 U.S.C. §§ 371, 922(g), 924(a)(2) and 1955, and 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1), as alleged in Counts 1-6 of the Indictment, which felony violations are punishable by

imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegations of the following additional properties pursuant to 18 U.S.C. §§ 981(a)(1)(c), 1955(d), and 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853:

1. $6,786.40 in U.S. Currency; and
2. $1,440.00 in U.S. Currency.

DATED: September 17, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

s/ A. Dale Blankenship

A. DALE BLANKENSHIP
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America