# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1110-H |
|---|---|
| Plaintiff, | **AMENDED FINAL ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| TINA SENKET (3), | |
| Defendant. | |

On April 19, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of TINA SENKET ("Defendant") in all properties seized in connection with this case, including but not limited to the following specific properties pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), and Title 28, United States Code, Section 2461(c):

    a.    $6,786.00 in United States Currency;

    b.    $1,570.00 in United States Currency;

    c.    $2,894.00 in United States Currency;

    d.    Eleven (11) electronic gambling machines;

    e.    Ten (10) tabletop electronic gambling machines;

    f.    Six (6) full size electronic gambling machines;

    g.    Remington 870 12-gauge, SN: B732275M;

1     h.    Smith and Wesson .38 Airweight revolver.

2     The following assets are in custody of the San Diego Police Department:

3     e.    Ten (10) tabletop electronic gambling machines;

4     f.    Six (6) full size electronic gambling machines;

5     g.    Remington 870 12-gauge, SN: B732275M;

6     h.    Smith and Wesson .38 Airweight revolver.

For thirty (30) consecutive days ending on November 13, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

On April 30, 2023, the United States sent Notices of Forfeiture by Federal Express mail to the potential third parties as follows:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Arcadio Mamuri Cruz<br>c/o Robert H. Rexrode<br>427 C Street<br>San Diego, CA 92101 | 771709360220 | Marked as unable to deliver on 04/10/23. |
| Jimmy Bahn<br>3024 Menlo Avenue<br>San Diego, CA 92105 | 771709447475 | Marked as delivered on 05/31/23 |
| Nam Van "Jimmy" Lu<br>2924 47th Street<br>San Diego, CA 92105 | 771709217797 | Marked as delivered on 04/06/23 |
| Jose Antonio Torresday<br>c/o Law Offices of Paul W. Blake<br>500 La Terraza Blvd., Ste 150<br>Escondido, CA 92025 | 771709497436 | Marked as delivered on 03/31/23 |

| | | |
|---|---|---|
| Mark Anonas Aracelao<br>c/o Law Offices of Nancy Rosenfeld<br>444 West C St., 210<br>San Diego, CA 92101 | 771709599100 | Marked as<br>delivered on<br>03/31/23 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express mail and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of TINA SENKET and any and all third parties in the following specific properties are hereby condemned, forfeited, and vested in the United States of America:

    a.    $6,786.00 in United States Currency;

    b.    $1,570.00 in United States Currency;

    c.    $2,894.00 in United States Currency;

    d.    Eleven (11) electronic gambling machines.

IT IS FURTHER ORDERED that any and all interests in Arcadio Mamuri Cruz, Jimmy Bahn, Nam Van "Jimmy" Lu, Jose Antonio Torresday, and Mark Anonas Aracelao be specifically terminated and forfeited to the United States as to the above-referenced properties.

IT IS FURTHER ORDERED that the San Diego Police Department shall dispose of the following assets according to law when no longer needed as evidence:

    e.    Ten (10) tabletop electronic gambling machines;

    f.    Six (6) full size electronic gambling machines;

    g.    Remington 870 12-gauge, SN: B732275M;

    h.    Smith and Wesson .38 Airweight revolver.

IT IS FURTHER ORDERED that the costs incurred by the Federal Bureau of Investigation, United Marshals Service, and any other governmental agencies which

were incident to the seizure, custody and storage of the properties be the first charged against the forfeited property.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and United States Marshal Service shall dispose of the forfeited specific properties according to law.

DATED: June 17, 2024

*Marilyn L. Huff*
Honorable Marilyn L. Huff
United States District Court Judge